**NATIONAL LABOR RELATIONS
BOARD, Petitioner,**

v.

**Joseph J. LACHNIET, d/b/a Honda of
Haslett, Respondent.**

No. 73-1585.

United States Court of Appeals,
Sixth Circuit.

Argued Jan. 4, 1974.

Decided Feb. 6, 1974.

Robert Sewell, National Labor Rela-
tions Board, for petitioner; Peter G.
Nash, Gen. Counsel, John S. Irving,
Deputy Gen. Counsel, Patrick Hardin,
Associate Gen. Counsel, Elliott Moore,
Asst. Gen. Counsel, Steven C. Kahn,
Atty., National Labor Relations Board,
Washington, D. C., on brief.

Cross, Wrock, Miller & Vieson, Wil-
liam A. Coughlin, Jr., Detroit, Mich., on
brief, for respondent.

Before PHILLIPS, Chief Judge, and
EDWARDS and ENGEL, Circuit
Judges.

## ORDER

PER CURIAM.

This case is before this court upon
the petition of the National Labor Rela-
tions Board for enforcement of its order
reported at 201 N.L.R.B. 128.

The Administrative Law Judge found
that respondent violated Section 8(a)(3)
and (1) of the Act by laying off two
employees because of their union activi-
ty and further violated Section 8(a)(1)
by a series of threats of reprisal against
employees for supporting the union and
promises of benefit in return for with-
holding such support. Respondent did
not file any exceptions with the Board
as to these findings and does not chal-
lenge these findings before this court.

The Administrative Law Judge also
found that respondent had not violated

Section 8(a)(5) of the Act and therefore declined to issue a bargaining order. The General Counsel took an exception to this finding and the Board found a Section 8(a)(5) violation and issued a bargaining order.

The propriety of the Board issuing a bargaining order is the only issue before this court. We conclude from our examination of the record that there is substantial evidence to support the finding of an 8(a)(5) violation and that a bargaining order is proper under the principles enunciated in N.L.R.B. v. Gissel Packing Co., 395 U.S. 575, 89 S.Ct. 1918, 23 L.Ed.2d 547 (1969). Accordingly, the petition for enforcement of the Board's order is granted.